ON REMAND FROM THE SUPREME COURT OF FLORIDA
 

 DAMOORGIAN, J.
 

 We reconsider on remand our opinion in
 
 Agatheas v. State,
 
 28 So.3d 204 (Fla. 4th DCA 2010), which was quashed by the Florida Supreme Court in
 
 Agatheas v. State,
 
 77 So.3d 1232 (Fla.2011). Consistent with the supreme court’s holding that the admission of the 45-caliber revolver, photographs of the gun, bandana, and latex gloves found in Agatheas’s backpack, was error, we conclude that Agatheas was denied a fair trial by the cumulative effect
 
 *1291
 
 of the admission of this irrelevant and inadmissible evidence elicited by the State.
 
 See Penalver v. State,
 
 926 So.2d 1118, 1137 (Fla.2006) (providing that where multiple errors exists, courts must consider whether the cumulative effect of those errors deprives the defendant of a fair trial) (citing
 
 Nowitzke v. State, 572
 
 So.2d 1346, 1350 (Fla.1990)).
 

 Accordingly, we reverse Agatheas’s conviction and sentence and remand for a new trial.
 

 Reversed.
 

 MAY, C.J., and CIKLIN, J., concur.